```
                                          ┌─────────────────────────────┐
                                          │ USDS SDNY                   │
                                          │ DOCUMENT                    │
UNITED STATES DISTRICT COURT              │ ELECTRONICALLY FILED        │
SOUTHERN DISTRICT OF NEW YORK             │ DOC #: _____        │
------------------------------------X     │ DATE FILED: 8/3/09          │
UNION OF ORTHODOX JEWISH            :     └─────────────────────────────┘
CONGREGATIONS OF AMERICA,           :
                                    :      09 Civ. 6418 (VM)
                    Plaintiff,      :
                                    :
   -  against  -                    :      NOTICE OF CONFERENCE
                                    :
ROYAL FOOD DISTRIBUTORS             :
LIMITED LIABILITY COMPANY,          :
                                    :
                    Defendant.      :
------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

All parties are advised that a conference in this matter will take place on August 19, 1:00 p.m.


**SO ORDERED.**

Dated:    New York, New York
          3 August 2009

                                        Victor Marrero
                                        U.S.D.J.