UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ROYAL FOOD DISTRIBUTORS LIMITED LIABILITY COMPANY.<br><br>　　　　　　　　　　Defendant. | Civ. No. 09 CIV 6418 (VM)<br><br>**AMENDED ORDER FOR THE RELEASE OF PLAINTIFF'S PRELIMINARY INJUNCTION BOND** |

On July 30, 2009, Plaintiff Union of Orthodox Jewish Congregations of America (the "Orthodox Union" or "Plaintiff") posted a Preliminary Injunction Bond in the amount of $1,000 pursuant to the Court's July 28, 2009 Preliminary Injunction Order.

On September 9, 2009, Default Judgment was entered against Defendant, Royal Food Distributors Limited Liability Company ("Royal Food"), along with a permanent injunction against Defendant.

On October 20, 2009, the Court issued its final Decision and Order, and directing that the case be closed.

The Court, having read and considered the evidence of record, and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

1. Plaintiff's Preliminary Injunction Bond in the amount of $1,000 be released by the Clerk of Court.

2. The Clerk of Court is directed to draw his check in the amount of $1,000, payable to Plaintiff's Attorneys, Bingham McCutchen, LLP.

**SO ORDERED:**

Dated: 23 October 2009

Judge Victor Marrero
United States District Judge

A/73176496.1